# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

|  |  |
|---|---|
| **JOHNNY MARTINEZ,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2013-00102 |
| ) | |
| **KEITH FRANCOIS, Warden of the Golden** ) | |
| **Grove Correctional Facility; JULIUS WILSON,** ) | |
| **Director of the Virgin Islands Bureau of** ) | |
| **Corrections; TERRITORY OF THE VIRGIN** ) | |
| **ISLANDS; and RANDALL MATHENA,** ) | |
| **Warden of the Red Onion State Prison,** ) | |
| ) | |
| Respondents. ) | |

**Attorneys:**
**Joseph A. DiRuzzo, III, Esq.,**
Miami, FL
    *For the Petitioner*

**Tiffany V. Monrose, Esq.,**
**Kimberly L. Salisbury, Esq.,**
St. Thomas, U.S.V.I.
    *For the Respondents*

## ORDER

**UPON CONSIDERATION** of the pending pleadings and motions in this matter, and for the reasons set forth in the accompanying Memorandum Opinion filed contemporaneously herewith, it is hereby

**ORDERED** that the "Report and Recommendation" of Magistrate Judge Ruth Miller (Dkt. No. 28) is **ADOPTED IN PART**; and it is further

**ORDERED** that Petitioner's "First Amended Petition & Complaint" (Dkt. No. 25) is **DISMISSED**; and it is further

**ORDERED** that Petitioner's "Motion for Leave to Proceed *in Forma Pauperis*" (Dkt. No. 2) is **DENIED AS MOOT**; and it is further

**ORDERED** that Petitioner's "Motion to Appoint Pursuant to the Criminal Justice Act" (Dkt. No. 3) is **DENIED AS MOOT**; and it is further

**ORDERED** that Petitioner's "Motion for an Entry of Default Judgment or in the Alternative Motion to Compel the Filing of a Responsive Pleading" (Dkt. No. 12) is **DENIED AS MOOT**; and it is further

**ORDERED** that Petitioner's "Motion to Expedite Preliminary Review" (Dkt. No. 19) is **DENIED AS MOOT**; and it is further

**ORDERED** that Petitioner's "Motion for Preliminary Injunction" (Dkt. No. 26) is **DENIED AS MOOT**; and it is further

**ORDERED** that the Government of the Virgin Islands' Motion to Dismiss (Dkt. No. 27) is **DENIED AS MOOT**; and it is further

**ORDERED** that Petitioner's "Motion for Leave to Amend" (Dkt. No. 35) is **DENIED**; and it is further

**ORDERED** that Petitioner's "Motion for Leave to Conduct Jurisdictional Discovery" (Dkt. No. 36) is **DENIED AS MOOT**; and it is further

**ORDERED** that Petitioner's "Motion to Expedite Discovery" (Dkt. No. 38) is **DENIED AS MOOT**; and it is further

**ORDERED** that the Clerk of Court is directed to mark this case **CLOSED**.

**SO ORDERED.**

Date: March 17, 2015 _____/s/_____
WILMA A. LEWIS
Chief Judge